| | |
|---|---|
| 1 | |
| 2 | Michael S. Hayworth (admitted *pro hac vice*) |
| | Stephen C. Thomas (admitted *pro hac vic*) |
| 3 | HAYWORTH, CHANEY, & THOMAS P.A. |
| | 202 North Harbor City Blvd., Suite 300 |
| 4 | Melbourne, Florida 32935 |
| | Tel: (321) 253-3300 / Fax: (321) 253-2546 |
| 5 | mhayworth@hctlaw.com; sthomas@hctlaw.com |

Michael S. Hayworth (admitted *pro hac vice*)
Stephen C. Thomas (admitted *pro hac vic*)
HAYWORTH, CHANEY, & THOMAS P.A.
202 North Harbor City Blvd., Suite 300
Melbourne, Florida 32935
Tel: (321) 253-3300 / Fax: (321) 253-2546
mhayworth@hctlaw.com; sthomas@hctlaw.com

Russell W. Roten (State Bar No. 170571)
J. Robert Renner (State Bar No. 148587)
DUANE MORRIS LLP
633 West 5th Street, Suite 4600
Los Angeles, California 90071-2065
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
rroten@duanemorris.com; rrenner@duanemorris.com

*Attorneys for Plaintiff*

Sanford M. Litvack (SBN 177721)
Lawrence Brocchini (admitted *pro hac vice*)
David R. Singer (SBN 204699)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310)785-4600 / Fax: (310) 785-4601
slitvack@hhlaw.com.; lbrocchini@hhlaw.com;
drsinger@hhlaw.com.

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| ROYCE MATHEW, | |
| Plaintiff, | |
| v. | Case No.: CV 06-4303 PSG (FMOx) |
| THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; WALT DISNEY PICTURES AND TELEVISIONS, INC.; FIRST MATE PRODUCTIONS, INC.; BUENA VISTA | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | HOME ENTERTAINMENT, INC.; BUENA VISTA PICTURES |
| 2 | DISTRIBUTION, INC.; BUENA VISTA TELEVISION; BUENA VISTA |
| 3 | MOTION PICTURES GROUP; THE WALT DISNEY STUDIOS; WALT |
| 4 | DISNEY PICTURES; BUENA VISTA GAMES, INC.; ABC, INC., ABC |
| 5 | ENTERPRISES, INC.; JERRY BRUCKHEIMER, INC.; JERRY |
| 6 | BRUCKHEIMER FILMS; TED ELLIOTT, individually; and TERRY |
| 7 | ROSSIO, individually. |
| 8 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED, between and among Plaintiff, Royce Mathew, and Defendants The Walt Disney Company; Disney Enterprises, Inc.; Walt Disney Pictures (d/b/a Buena Vista Motion Pictures Group and The Walt Disney Studios, and formerly known as Walt Disney Pictures and Television); Buena Vista Home Entertainment, Inc.; Buena Vista Pictures Distribution; First Mate Productions, Inc.; Buena Vista Television; Buena Vista Games, Inc.; ABC, Inc.; ABC Enterprises, Inc.; (collectively the "Disney Defendants"); Jerry Bruckheimer, Inc. and Jerry Bruckheimer Films (collectively the "Bruckheimer Defendants"); Ted Elliott; and Terry Rossio (the Disney Defendants, the Bruckheimer Defendants, Ted Elliott, and Terry Rossio collectively herein, "Defendants"), by their respective counsel, as follows:

1. This action is dismissed WITH PREJUDICE as against all the Defendants;

2. The parties shall each bear their own fees and costs;

3. Defendants agree that in exchange for the dismissal with prejudice, they waive any and all claims for fees, costs, expenses, sanctions,

\\NY - 022031/000010 - 1040907 v2

1 damages of any type or nature, injunctive relief, or any other claim or counterclaim,
2 without limitation, against the Plaintiff or his attorneys related to this action; and
3     4. This stipulation may be executed in counterparts and the
4 counterparts may be exchanged by facsimile.

Dated: June  8 , 2007    HAYWORTH, CHANEY, & THOMAS P.A.

By: _____
    Michael S. Hayworth
    Stephen C. Thomas

DUANE MORRIS LLP
    Russell W. Roten
    J. Robert Renner

*Attorneys for PLAINTIFF*

Dated: _____, 2007    HOGAN & HARTSON LLP

By: _____
    Sanford M. Litvack
    Lawrence Brocchini
    David R. Singer

*Attorneys for DEFENDANTS*

IT IS HEREBY ORDERED THAT:

    This action is dismissed WITH PREJUDICE as against all Defendants.

Dated:

_____
Honorable Philip S. Gutierrez
United States District Court Judge

---

page 3 of 3
STIPULATION OF DISMISSAL WITH PREJUDICE
MATHEW v. DISNEY *et al.* (CV06-4304 PSG (FMOx))

damages of any type or nature, injunctive relief, or any other claim or counterclaim, without limitation, against the Plaintiff or his attorneys related to this action; and

4. This stipulation may be executed in counterparts and the counterparts may be exchanged by facsimile.

Dated: June 7, 2007                     HAYWORTH, CHANEY, & THOMAS P.A.


By: _____
    Michael S. Hayworth
    Stephen C. Thomas

DUANE MORRIS LLP
Russell W. Roten
J. Robert Renner

*Attorneys for PLAINTIFF*

Dated: June 7, 2007                     HOGAN & HARTSON LLP


By: _____
    Sanford M. Litvack
    Lawrence Brocchini
    David R. Singer

*Attorneys for DEFENDANTS*

IT IS HEREBY ORDERED THAT:

This action is dismissed WITH PREJUDICE as against all Defendants.

Dated: 6/13/07

_____
Honorable Philip S. Gutierrez
United States District Court Judge

\\\\NY - 022031/000010 - 1040907 v2

## PROOF OF SERVICE

I, **Dolores Valencia**, declare as follows:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Hogan & Hartson L.L.P., 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On **June 11, 2007**, I served the foregoing document described as

### STIPULATION OF DISMISSAL WITH PREJUDICE

on following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael S. Hayworth, Esq.<br>Stephen C. Thomas, Esq.<br>**Hayworth, Chaney, & Thomas P.A.**<br>202 N. Harbor City Blvd., Suite 300<br>Melbourne, FL 32935<br>Tel: (321) 253-3300<br>Fax: (321) 253-2546 | Attorney(s) for Plaintiff<br><br>mhayworth@hctlaw.com<br>sthomas@hctlaw.com<br><br>*U.S. Mail* |
| Russell W. Roten, Esq.<br>J. Robert Renner, Esq.<br>**Duane Morris LLP**<br>633 West 5th Street, Suite 4600<br>Los Angeles, CA 90071-2065<br>Tel: (213) 689-7400<br>Fax: (213) 689-7401 | Attorney(s) for Plaintiff<br><br>*U.S. Mail* |

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY E-MAIL** I caused such document to be delivered through our E-mail system to the offices of the addressee(s) following ordinary business practices.

[ ] **BY FACSIMILE** - I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted above.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the office of the addressee.

[ ] **BY UNITED PARCEL SERVICE** - I caused such envelope to be delivered to UPS for overnight courier service to the offices of the addressee(s) listed above.

[ ] **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 11, 2007** at Los Angeles, California 90067.

**Dolores Valencia**
Name

Signature